# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| KEREN SITA<br><br>*Plaintiff(s)*<br><br>v.<br><br>STATE OF VERMONT, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  2:25-cv-236<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order of Dismissal (Document No. 9) filed October 8, 2025, having received no Amended Complaint, this case is DISMISSED.

Previously, pursuant to the court's Order (Document No. 6) filed on August 26, 2025, plaintiffs Complaint (Document No. 7) was DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) and plaintiff was provided leave to file a proposed Amended Complaint on or before September 26, 2025. If plaintiff failed to file an Amended Complaint within the time allowed, the magistrate judge was going to recommend dismissal of the federal claims and the supplemental state-law claims.

The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

Date:  October 8, 2025

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  10/9/2025

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Kristin Pratico*
*Signature of Clerk or Deputy Clerk*